IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ronda Patrick, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-386 |
| | : | |
| Life Insurance Company of North America, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that all claims be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

BY: *s/R. Scott Wilson*
R. Scott Wilson (BPR #19661)
*Admitted Pro Hac Vice*
Eric Buchanan & Associates, PLLC
PO Box 11208
414 McCallie Avenue
Chattanooga, TN 37401
(423)634-2506
swilson@buchanandisability.com

*Attorneys for Plaintiff*

BY: *s/Christina Riggs*
Christina Riggs (BPR #206753)
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19012
(215) 972-7801
criggs@saul.com

*Attorneys for Defendant*

SO ORDERED this 9th day of November, 2012.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge